IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                          **CRIMINAL ACTION NO. 3:05CR27**

**JOSE DELFINO HERNANDEZ GUERRERO**

## ORDER

This cause is before the court on the defendant's Motion for Continuance [18-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for July 5, 2005. Counsel for the defendant needs time to obtain an interpreter so that he can communicate adequately with his client regarding discovery, case strategy and the possibility of negotiating a plea agreement with the government. He seeks a continuance so that he can accomplish this objective.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from July 5, 2005 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [18-1] is GRANTED;

2. That the trial of this matter is continued until Monday, September 12, 2005 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from July 5, 2005 until September 12, 2005 is excluded as set out

above;

4. That the deadline for filing pretrial motions is August 22, 2005;

5. That the deadline for submitting a plea agreement is August 29, 2005.

SO ORDERED, this the 27th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE